## Commonwealth *v.* Rebochak, Appellant.

Submitted November 11, 1974. *John M. Cascio,* Public Defender, for appellant; *Frederick F. Coffroth,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.